Same case below, 627 F.3d 134.

**No. 11-363 (R46-005). Amgen Inc., Petitioner v. New York, et al.**

565 U.S. 1103, 132 S. Ct. 993, 181 L. Ed. 2d 570, 2011 U.S. LEXIS 9021.

December 27, 2011. The petition for writ of certiorari to the United States Court of Appeals for the First Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 652 F.3d 103.

**No. 10-1399. Dana Roberts, Petitioner v. Sea-Land Services, Inc., et al.**

565 U.S. 1103, 132 S. Ct. 993, 181 L. Ed. 2d 570, 2011 U.S. LEXIS 9022.

December 30, 2011. Motion of the Solicitor General for divided argument granted.

**No. 11-713. Rick Perry, Governor of Texas, et al., Appellants v. Shannon Perez, et al.**

**No. 11-714. Rick Perry, Governor of Texas, et al., Appellants v. Wendy Davis, et al.**

**No. 11-715. Rick Perry, Governor of Texas, et al., Appellants v. Shannon Perez, et al.**

565 U.S. 1103, 132 S. Ct. 993, 181 L. Ed. 2d 570, 2011 U.S. LEXIS 9025.

December 30, 2011. Motion of the Solicitor General for enlargement of time for oral argument, for leave to participate in oral argument as amicus curiae, and for divided argument granted. The time is to be divided as follows: 30 minutes for appellants, 30 minutes for appellees, and 10 minutes for the Solicitor General as amicus curiae. Motion of appellees Wendy Davis, et al. for divided argument denied.